IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IMPULSE NC, INC.**

**Plaintiff,**

**vs.**

**BI-STATE DEVELOPMENT AGENCY,**
**d/b/a METRO,**

**Defendant.**                                     No. 3:06-CV-48-DRH

### ORDER

**HERNDON, District Judge:**

Defendant Bi-State Development Agency, d/b/a Metro's and Plaintiff IMPulse NC, Inc.'s Joint Motion for Extensions of Time to File a Single Response and Reply to Plaintiff's Motion to Strike and Dismiss is hereby **GRANTED**. It is hereby **ORDERED** that Defendant may have up to and including April 3, 2006 to file a single response to the Motion to Strike Certain Affirmative Defenses and Dismiss Counts V, VIII, and IX of Defendant's Counterclaim, and that Plaintiff may have ten days after said response has been filed and served to file a single reply in support of that motion.

**IT IS SO ORDERED**.

Signed this 15th day of March, 2006.

/s/      David  RHerndon
**United States District Judge**