IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IMPULSE NC, INC.**

**Plaintiff,**

**vs.**

**BI-STATE DEVELOPMENT AGENCY,**
**d/b/a METRO,**

**Defendant.**                                              Case No.: 3:06-CV-48-DRH

ORDER

**HERNDON, District Judge:**

Plaintiff IMPulse NC, Inc.'s Agreed Motion for Extension of Time is hereby **GRANTED**. (Doc. 50.) It is hereby **ORDERED** that Plaintiff may have up to and including June 29, 2006 to file an answer or otherwise plead in response to Metro's First Amended Answer, Affirmative Defenses, Counterclaim, and Jury Demand.

**IT IS SO ORDERED**.

Signed this 20th day of June, 2006.

/s/        David  RHerndon
**United States District Judge**