## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IMPULSE NC, INC.,**
**Plaintiff and Counterdefendant,**

**v.**

**BI-STATE DEVELOPMENT AGENCY,**
**d/b/a METRO,**

**Defendant and Counterplaintiff.**          **Case No.: 3:06-CV-48-DRH**

## ORDER

**HERNDON, District Judge:**

Plaintiff and Counterdefendant IMPulse NC, Inc.'s and Defendant and Counterplaintiff Bi-State Development Agency d/b/a Metro's Joint Motion to Dismiss is hereby **GRANTED**. (Doc. 52.) It is hereby **ORDERED** that all claims in this action are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

Signed this 30th day of June, 2006.

/s/          David   RHerndon
**United States District Judge**