# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IMPULSE, INC.,**

    **Plaintiff,**

v.                                          **CIVIL ACTION NO. 06-CV-48 DRH**

**BI-STATE DEVELOPMENT AGENCY,**
**d/b/a METRO,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came to hearing before the Court on the Joint Motion to Dismiss.

    **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and all claims in this action are **DISMISSED with prejudice**.----------------------------------------------------------------

                                                        **NORBERT G. JAWORSKI, CLERK**

July 6, 2006                                                 BY:   /s/Patricia Brown
                                                                              Deputy Clerk

APPROVED:/s/        David    RHerndon
                **U.S. DISTRICT JUDGE**